[Nos. 15031-3-III; 15032-1-III.   Division Three.   March 11, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. HARVEY
N. GUERTIN, ET AL., *Appellants.*

Appeal from judgments of the Superior Court for Ferry
County, No. 94-1-00027-6 and 94-1-00026-8, Larry M. Kris-
tianson, J., entered June 13, 1995. *Reversed* by unpub-
lished opinion per Sweeney, C.J., concurred in by Thomp-
son and Kurtz, JJ.

[No. 14373-2-III.   Division Three.   March 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. QUIRINO
ELENES-ROCHA, *Appellant.*

Appeal from a judgment of the Superior Court for
Douglas County, No. 94-1-00087-3, Ted W. Small, J.,
entered October 4, 1994. *Affirmed* by unpublished opinion
per Sweeney, C.J., concurred in by Thompson and Kurtz,
JJ.

[No. 14886-6-III.   Division Three.   March 13, 1997.]

MIRIAM ANN SCHIRO, *Appellant*, v. ALBERTSONS, INC.,
*Respondent.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 92-2-04550-2, William J. Grant, J.
Pro Tem., entered April 12, 1995. *Affirmed* by unpublished
opinion per Kurtz, J., concurred in by Sweeney, C.J., and
Thompson, J.

[No. 15012-7-III.   Division Three.   March 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DANETTE
JEAN GARCIA, *Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 95-1-00569-7, Michael Schwab, J. Pro
Tem., entered June 15, 1995. *Affirmed* by unpublished
opinion per Sweeney, C.J., concurred in by Kurtz and
Brown, JJ.